# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES I. WYATT,<br><br>                                    Plaintiff,<br><br>        vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>                                    Defendant. | CASE NO. 13cv1972-WQH-NLS<br><br>ORDER |

HAYES, Judge:

The matter before the Court is the review of the Report and Recommendation (ECF No. 16) issued by United States Magistrate Judge Nita L. Stormes, recommending that Plaintiff's Motion for Summary Judgment (ECF No. 12) be denied and Defendant's Cross-Motion for Summary Judgment (ECF No. 15) be granted.

## BACKGROUND

On October 20, 2009, Plaintiff filed an application for disability insurance benefits, alleging disability beginning July 10, 2008. Plaintiff's claim was denied at the initial level and upon reconsideration. Plaintiff then requested a hearing before an administrative law judge ("ALJ"), which was held on May 10, 2011. On September 16, 2011, the ALJ issued a written decision finding that Plaintiff had been under a disability, as defined in the Social Security Act, from July 10, 2008 through April 11, 2011, and Plaintiff's disability ended April 12, 2011. (Admin. Rec. 27-38, ECF No. 10-2). On May 30, 2013, the Appeals Council for the Social Security Administration

1  denied Plaintiff's request for further review.

2  On August 23, 2013, Plaintiff, represented by counsel, commenced this action

3  seeking judicial review of Defendant's decision pursuant to 42 U.S.C. § 405(g).

4  On February 6, 2014, Plaintiff filed a Motion for Summary Judgment.  (ECF No. 12).

5  On April 7, 2014, Defendant filed a Cross-Motion for Summary Judgment.  (ECF No.

6  15).

7  On June 16, 2014, the Magistrate Judge issued the Report and Recommendation.

8  (ECF No. 16).  The Report and Recommendation recommends that Plaintiff's Motion

9  for Summary Judgment be denied and Defendant's Cross-Motion for Summary

10  Judgment be granted.  The Magistrate Judge found, *inter alia*, that the ALJ "offered

11  several clear and convincing reasons to justify his determination that Plaintiff's

12  subjective description of his limitations and pain was not credible."  *Id*. at 13.  The

13  Report and Recommendation states that any objections to the Report and

14  Recommendation must be filed no later than June 30, 2014, and "[t]he parties are

15  advised that failure to file objections within the specified time may waive the right to

16  appeal the Court's order."  *Id*. at 13-14 (citation omitted).

17  The docket reflects that no objections to the Report and Recommendation have

18  been filed.

19  REVIEW OF THE REPORT AND RECOMMENDATION

20  The duties of the district court in connection with a report and recommendation

21  of a magistrate judge are set forth in Federal Rule of Civil Procedure 72(b) and 28

22  U.S.C. § 636(b).  The district judge must "make a *de novo* determination of those

23  portions of the report ... to which objection is made," and "may accept, reject, or

24  modify, in whole or in part, the findings or recommendations made by the magistrate."

25  28 U.S.C. § 636(b).  The district court need not review *de novo* those portions of a

26  Report and Recommendation to which neither party objects.  *See Wang v. Masaitis*, 416

27  F.3d 992, 1000 n.13 (9th Cir. 2005); *U.S. v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th

28  Cir. 2003) (en banc).

1   After review of the Report and Recommendation, the written opinion of the ALJ,

2   the administrative record, and the submissions of the parties, the Court concludes that

3   the Magistrate Judge correctly found that the ALJ's decision is supported by substantial

4   evidence and the ALJ applied the correct legal standards.

5                              CONCLUSION

6   IT IS HEREBY ORDERED that: (1) the Report and Recommendation (ECF No.

7   16) is ADOPTED in its entirety; (2) Plaintiff's Motion for Summary Judgment (ECF

8   No. 12) is DENIED; and (3) Defendant's Cross-Motion for Summary Judgment (ECF

9   No. 15) is GRANTED.  The Clerk of the Court shall enter judgment for Defendant and

10  against Plaintiff.

11  DATED:  July 14, 2014

12                              _William Q. Hayes_____
                                **WILLIAM Q. HAYES**
13                              United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28